# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2022

## NO.  03-20-00412-CV

**John B. Stevenson, Appellant**

**v.**

**Shelton Coleman and Diamond X Properties, LLC, Appellees**

## APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on August 7, 2020.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.